UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
SHARON JONES and STEVE BAILEY

                Plaintiffs,          02 CV 4541 (SJ)
                                            ORDER

    - against -

EDWARD F. STANCIK, in his official
and individual capacities; REGINA A.
LOUGHRAN, in her official and
individual capacities; THE OFFICE OF
THE SPECIAL COMMISSIONER OF
INVESTIGATION FOR THE NEW
YORK CITY SCHOOL DISTRICT;
HAROLD O. LEVY, in his official
and individual capacities; RUDOLPH
CREW, in his official and individual
capacities; CHAD VIGNOLA, in his
official and individual capacities;
RICHARD ORGANISCIAK, in his
official capacity; THE NEW YORK
CITY BOARD OF EDUCATION;
NINFA SEGARRA, in her official
and individual capacities; SANDRA E.
LERNER, in her official and individual
capacities; JERRY CAMARATA, in his
official and individual capacities; CAROL
GRESSER, in her official and individual
capacities; IRVING S. HAMER, JR., in
his official and individual capacities; and
WILLIAM C. THOMPSON, JR., in his
official and individual capacities,

                Defendants.
----------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DIST___ ___ ____RT E.D.N.Y.
★   NOV 24 2004   ★

P.M. _____
TIME A.M. _____

JOHNSON, Senior District Judge:

        Plaintiffs Sharon Jones and Steven Bailey brought this action pursuant to 42

U.S.C. § 1983, alleging that defendants violated their rights under the Fifth and Fourteenth Amendments of the United States Constitution and New York State tort law. On October 21, 2003, defendants moved to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). This Court's Memorandum and Order dated October 4, 2004 granted defendants' Motion to Dismiss and granted Ms. Jones thirty (30) days from the date of the Order to replead the first and second causes of action in the Complaint. To date, Ms. Jones has not filed an amended complaint. Accordingly, this Court orders the Clerk of the Court to enter a final judgment of dismissal with prejudice.

SO ORDERED.

DATED: November 18, 2004
Brooklyn, New York

/Senior U.S.D.J.